ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 03 2009

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. 1:08-CR-231-ODE |
| | : | |
| D. WILLIAM GARRETT, JR. | : | SUPERSEDING |

THE GRAND JURY CHARGES THAT:

COUNT ONE - CONSPIRACY TO ENCOURAGE AND INDUCE AN ALIEN TO ENTER AND RESIDE IN THE UNITED STATES ILLEGALLY

1. Beginning in or about September 2001, and continuing through in or about August 2005, in Cherokee County, Georgia, and elsewhere in the Northern District of Georgia, the defendant, D. WILLIAM GARRETT, JR., and co-conspirators Malika Garrett and Russell Garrett, aided and abetted by each other, knowingly and willfully combined, conspired and agreed with one another to encourage and induce R.S., a female alien from the Republic of India, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence was in violation of law, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iv).

Overt Acts

2. In furtherance of the conspiracy, and to accomplish its objects, at least one of the co-conspirators committed, or caused to be committed, at least one of the following Overt Acts, among others, in the Northern District of Georgia and elsewhere:

a. In or about September 2001, co-conspirator Malika Garrett met with R.S. in Kolkata, India, and asked R.S. to travel to the United States to be a nanny in the home of co-conspirator Russell Garrett and she;

b. In or about September 2001, co-conspirator Malika Garrett instructed R.S. to apply for a tourist visa, rather than a work visa, to enter the United States;

c. In or about September 2001, co-conspirator Malika Garrett asked the defendant, D. WILLIAM GARRETT, JR., to provide a sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa;

d. In or about September 6, 2001, the defendant, D. WILLIAM GARRETT, JR., provided the requested sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa, in which the defendant, D. WILLIAM GARRETT, JR., identified himself as a Magistrate Judge in the Superior Court of Fulton County, Georgia, and falsely stated that R.S. was traveling to the United States to visit his daughter-in-law, co-conspirator Malika Garrett, for a few months and that R.S.

would return to India, when in fact, the defendant, D. WILLIAM GARRETT, JR., knew that R.S. was traveling to the United States to be a live-in nanny for co-conspirators Malika Garrett and Russell Garrett;

e. In or about 2001, after R.S.'s initial application for a tourist visa was denied, co-conspirator Malika Garrett told R.S. to return to the American Consulate in Kolkata, India, and reapply for a tourist visa;

f. On or about October 14, 2001, to assist in R.S.'s second tourist visa application, co-conspirator Malika Garrett wrote a letter to the Consular Section of the American Consulate stating that, "We are a American law abiding family and all of us work in the American Law Enforcement field and have no intentions of keeping [R.S.] here for any longer than her vacation;"

g. In or about 2001, after R.S. filed for a reconsideration of her initial application for a tourist visa and was again denied, co-conspirator Russell Garrett wrote a letter to the Consul General in Kolkata, India, deriding the visa process and stating that, to obtain a tourist visa for R.S., co-conspirator Malika Garrett and he had submitted, as requested, "notarized letter's (sic) stating she [R.S.] was coming here for a specific amount of time and letters of recommendation...;"

h. In or about January 2003, co-conspirator Malika Garrett traveled to India with the intent to bring an Indian national back to the United States to work as a nanny in the home of co-conspirator Russell Garrett and she;

i. In or about January 2003, co-conspirator Malika Garrett again offered R.S. the position of nanny in the home of co-conspirator Russell Garrett and she;

j. In or about January 2003, co-conspirator Malika Garrett instructed R.S. to apply for a tourist visa, rather than a work visa, to enter the United States;

k. In or about January 2003, co-conspirator Malika Garrett arranged for R.S.'s visa interview at the American Consulate in Kolkata, India;

l. In or about January 2003, co-conspirator Malika Garrett told R.S. not to tell American immigration officials that she would be working for co-conspirator Russell Garrett and she;

m. In or about January 2003, co-conspirator Malika Garrett asked co-conspirator Russell Garrett to provide a sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa;

n. In or about January 2003, co-conspirator Russell Garrett provided the requested sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa, in which co-conspirator Russell Garrett stated that he was a police officer in Forsyth County, Georgia, that R.S. was coming to the United States to visit his family and to possibly open a furniture business with co-conspirator Malika Garrett and he, and to which he attached a photocopy of his identification card and official badge from the Forsyth, County, Georgia, Sheriff's Office;

o. In or about January 2003, co-conspirators Malika Garrett and Russell Garrett asked the defendant, D. WILLIAM GARRETT, JR., to provide a sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa;

p. In or about January 2003, the defendant, D. WILLIAM GARRETT, JR., provided the requested sponsorship letter to the American Consulate in Kolkata, India, in support of R.S.'s application for a tourist visa, in which the defendant, D. WILLIAM GARRETT, JR., identified himself as a Magistrate Judge in the Superior Court of Fulton County, Georgia, attached his Certificate of Training from the Georgia Magistrate Courts Training Council, and falsely stated that R.S. was traveling to the United States to visit the family of his daughter-in-law, co-conspirator Malika

Garrett, and that R.S. would then return to India, when in fact, the defendant, D. WILLIAM GARRETT, JR., knew that R.S. was traveling to the United States to be a live-in nanny for co-conspirators Malika Garrett and Russell Garrett;

q. In or about July 2003, co-conspirator Malika Garrett wrote a sponsorship letter to American immigration officials in the United States in support of R.S.'s application to extend her tourist visa, in which co-conspirator Malika Garrett falsely stated that R.S. was visiting with co-conspirator Russell Garrett and she, and exploring a furniture business opportunity with them;

r. Beginning on or about February 3, 2003, and continuing through on or about June 23, 2005, co-conspirators Malika Garrett and Russell Garrett used R.S. as a live-in nanny, knowing that R.S. was in the country illegally; and

s. From on or about February 3, 2003, to on or about June 23, 2005, co-conspirators Malika Garrett and Russell Garrett initially underpaid R.S. for child care and household services, and then later ceased to pay her altogether;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (a)(1)(B)(ii).

A true BILL

S Penquite
FOREPERSON

DAVID NAHMIAS
UNITED STATES ATTORNEY

Susan Coppedge
SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6250
Georgia Bar No. 187251

R. Moultrie
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303
(404)581-6280
Georgia Bar No. 527275

LORETTA KING
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

for R. Moultrie
KATHLEEN J. MONAGHAN
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-4283
Maryland Bar (no number)